

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN
285 Passaic Street, Hackensack, NJ 07601 │ tel: 201.282.6500
fax: 201.282.6501 │ www.steinsakslegal.com

October 26, 2020

**Via CM/ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York

    RE:    Frankie Monegro v. Chic Home Design, LLC
            Case No.: 1:20-cv-06404-LJL

Dear Judge Liman:

    Plaintiff submits this letter request in lieu of a more formal motion to enlarge the time for Defendant Chic Home Design, LLC to respond to the complaint.

    Counsel for Plaintiff and in-house counsel for Defendant have been engaging in settlement discussions. Plaintiff requests this Court expand the time for Defendant to answer up to and including November 20, 2020. This is the first such request Plaintiff has made. The rationale behind this extension is to preserve the Court's precious resources, as well as those of Plaintiff and Defendant. In addition, the Plaintiff requests the Initial Pretrial conference set for November 4, 2020 be adjourned until after November 20, 2020 (the Defendants proposed answer deadline.)

    We thank the Court for the time and consideration exerted with respect to this issue.

                                                Respectfully Submitted,

GRANTED. The initial pretrial conference is
ADJOURNED to November 23, 2020 at 9:30 a.m.

                                                */s/ David Force*

SO ORDERED. 10/26/2020.                                  By: David Force, Esq.

LEWIS J. LIMAN
United States District Judge

October 26, 2020
Page | 2 of 2

